FILED
2012 Nov-06 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **JAMES and JAMIE ENNIS,**     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| vs.     ) | **CIVIL ACTION NO.:** |
| ) | **4:12-cv-1020-KOB** |
| **MIDLAND FUNDING, LLC and**     ) | |
| **MIDLAND CREDIT**     ) | |
| **MANAGEMENT, INC.,**     ) | |
| ) | |
| Defendants.     ) | |

## FINAL ORDER OF DISMISSAL

This matter comes before the court on "Plaintiff's Motion to Dismiss All Defendants With Prejudice."  (Doc. 11).  Having been advised that the parties have settled all claims in this action, the court GRANTS the motion and DISMISSES this action WITH PREJUDICE, each party to bear his, her, or its own costs.

DONE and ORDERED this 6th day of November, 2012.

_____
**KARON OWEN BOWDRE**
**UNITED STATES DISTRICT JUDGE**